### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

ALBERT DENNIS, JR,

      Plaintiff,

v.                                          CASE NO. 1:14-cv-00213-MP-GRJ

M. KEEN, et al.,

      Defendants.

_____/

### O R D E R

      This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 11, 2016. (Doc. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

      Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation, Doc. 19, is adopted and incorporated by reference in this order.

2.    Defendant's Motion to Dismiss for Failure to State a Claim, Doc. 17, is GRANTED.

3.    Plaintiff's claims stemming from the incident at the Mayo CI are DISMISSED IN THEIR ENTIRETY WITH PREJUDICE. To the extent that Plaintiff asserts claims stemming from incidents at Suwannee CI in the Amended Complaint, Doc. 11, such claims are DISMISSED WITHOUT PREJUDICE.

4.      The clerk is directed to close the file.

**DONE AND ORDERED** this _10th_ day of February, 2016

_s/Maurice M. Paul_
Maurice M. Paul, Senior District Judge